GALLUP et al. *v.* WILDER et al.

PRACTICE — *assessing damages on default.* In trespass *de bonis* upon defaulting the defendant, the damages must be assessed by a jury.

*Error to Probate Court, Fremont County.*

Messrs. CHARLES & ELBERT, for plaintiff in error.

Per CURIAM. This was an action of trespass *de bonis asportatis*, brought by George G. Wilder and others, as trustees of "The Colorado Oil Association," against Francis Gallup et al. There was a judgment taken in the court below by default, and the damages assessed without the intervention of a jury. In a case of this kind the assessment of damages by the court was clearly erroneous. A jury should have been called. See the case of *Jones* v. *Stevens*, *ante*, 67, decided by this court. The judgment of the court below is reversed and remanded for further proceedings.

*Reversed.*